UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

SUSAN JOHNSTON

     Plaintiff

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES

     Defendant

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW**, the Plaintiff, Susan Johnston ("Johnston"), by and through her undersigned counsel, sues the Defendant, Carnival Corporation d/b/a Carnival Cruise Lines("Carnival"), and for her cause of action, declares and states as follows:

1.    This action seeks compensatory and punitive damages against Carnival for its negligence.

### Jurisdiction

2.    Jurisdiction is invoked pursuant to the Ticket Contract between the parties.

### Venue

3.    This action properly lies in the U.S. District Court of the Southern District of Florida pursuant the Ticket Contract between the parties.

### Parties

4.    Plaintiff, McKensie was a passenger on the Carnival Imagination departing from Miami on March 24, 2014..

5.    Defendant was the operator of the cruise ship the Carnival Imagination.

CASE NO.

## Statement of Facts

6.  On or about March 24, 2014, Plaintiff was walking from the pool deck to the elevator when she tripped upon a carpet that was not properly secured to the floor.

7.  Carnival was aware of should have been aware of this unsafe condition but did not give notice to its passengers such as Plaintiff.

8.  Plaintiff slipped injured herself.

9.  Plaintiff has retained the undersigned law firm to represent her in this matter and has agreed to pay the firm a reasonable fee for his services.

## COUNT I

### Negligence

Plaintiff hereby re-alleges and re-avers paragraphs 1 through 9 as if fully set forth

10.  On March 24, 2014, Carnival negligently maintained its premises on the Carnival Imagination.

11.  As a result, the Plaintiff was physically injured, lost wages or income, suffered physical and mental pain and incurred medical expenses.

**WHEREFORE,** Plaintiff, demands judgment against Carnival Cruise Lines for compensatory damages, economic and non-economic, punitive damages and for any and all other relief this Court deems just and proper under the circumstances.

2

CASE NO.

### **Demand for Jury Trial**

The Plaintiff demands trial by jury on all issues so triable.

**DATED** this 9 day of March, 2015.

Respectfully Submitted,

Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone: (954) 636-3802
Fax (772) 252-3365
scott@behrenlaw.com

By:      /Scott M. Behren/
                Scott M. Behren
                Fla. Bar No. 987786

S:\Johnston, Susan\complaint.wpd

3